# 1284-14

CCA # 13-14-00193-CR

OFFENSE: Poss of a Firearm by Felon

STYLE: Phillip Joseph Farrell v. The State of Texas

COUNTY: Polk

TRIAL COURT: 411th District Court
TRIAL COURT #: 23016
TRIAL COURT JUDGE: Hon. Kaycee L. Jones
DISPOSITION: AFFIRMED
DATE: _____
JUSTICE: _____ PC ___ S ___
PUBLISH: _____          DNP: _____

_____ MOTION
FOR REHEARING IS: _____
DATE: August 21, 2014
JUDGE: Longoria

CLK RECORD: _____X_____
RPT RECORD: _____X_____
STATE BR: _____X_____
APP BR: _____X_____

SUPP CLK RECORD _____
SUPP RPT RECORD _____
SUPP BR _____
PRO SE BR _____

## IN THE COURT OF CRIMINAL APPEALS

CCA # __1284-14__

-------------------

____PRO SE____ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
____REFUSED____
DATE: November 19, 2014
JUDGE: Per Curiam

Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____      PC: _____
PUBLISH: _____      DNP: _____

-----------------------

PRO SE MOTION FOR REHEARING IN
CCA IS: denied ON Jan. 14, 2015
JUDGE: PC

MOTION FOR STAY OF MANDATE IS:
_____ ON _____
JUDGE: _____